(PR)

TEH

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

CV 08 3652

I certify that attached hereto is a true and correct copy the prisoner's trust account statement showing transactions of;

**GZIKOWSKI, JOHN D00666** for the last six months at

**IRONWOOD STATE PRISON** where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 141.67 and the average balance in the prisoner's account each for the most recent 6-month period was $ 139.15 .

Dated 07/24/08

Authorized Officer of the Institution

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JOHN GZIKOWSKI
Plaintiff,

vs.

D. DEXTER, Warden
Defendant.

CASE NO. ________________

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, John Gzikowski, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes XX No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: California Dept. of Corrections, Ironwood State Prison

Gross: $ 0.00 Net: $ 0.00

Employer: California, Department of Corrections & Rehabilitation Ironwood State Prison, P.O. Box 2199, Blythe, CA 92226-2199

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Imprisoned in 1978.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ____ No XX

b. Income from stocks, bonds, or royalties? Yes ____ No XX

c. Rent payments? Yes ____ No XX

d. Pensions, annuities, or life insurance payments? Yes ____ No XX

e. Federal or State welfare payments, Social Security or other government source? Yes ____ No XX

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? Yes ____ No XX

Spouse's Full Name: ____________________

Spouse's Place of Employment: ____________________

Spouse's Monthly Salary, Wages or Income:

Gross $____________ Net $____________

4. a. List amount you contribute to your spouse's support:$ ____________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE ____________________

____________________

5. Do you own or are you buying a home? Yes ____ No XX

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No XX

Make ____________ Year ____________ Model ____________

Is it financed? Yes _____ No _____ If so, Total due: $ ____________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No XX (Do not include account numbers.)

Name(s) and address(es) of bank: ____________________

____________________

Present balance(s): $ ____________________

Do you own any cash? Yes XX No ____ Amount: $ Approximately $ 120.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No XX

____________________

8. What are your monthly expenses?

Rent: $ $ 0.00 Utilities: $ 0.00

Food: $ $ 0.00 Clothing: $ 0.00

Charge Accounts: None

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes XX No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. SAN FRANCISCO SUPERIOR COURT, Case # 5633; Calif. Court Of Appeal, First Appelate Disr. # A120880; Calif. Supreme Court, # S162802.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-21-08

DATE

John Gzikowski

SIGNATURE OF APPLICANT

**Case Number: ____________________**

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Gzikowski, John [prisoner name] for the last six months Ironwood State Prison [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 141.67 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 139.15.

Dated: 7/24/08

[signature]
[Authorized officer of the institution]

CCI WHALEY,

Please forward the enclosed fee waiver application to the TRUST ACCOUNT OFFICE for processing. I have the writ to the Court ready for mailing when this is completed.

Thank you.

John Gzikowski

John Gzikowski, D-00666

C-5 / 236

REPORT ID: TS3030 .701 REPORT DATE: 07/24/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
IRONWOOD STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 24, 2008

ACCOUNT NUMBER : D00666 BED/CELL NUMBER: CFB500000000236L
ACCOUNT NAME : GZIKOWSKI, JOHN ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 30.52 |
| 01/14 | FR01 | CANTEEN RETUR | 704054 | | | 0.05- | 30.57 |
| 01/14 | FC03 | DRAW-FAC 3 | 4079CYD2ND | | | 25.00 | 5.57 |
| 01/28 | D300 | CASH DEPOSIT | 4356/MAIL | | 200.00 | | 205.57 |
| 02/01 | D300 | CASH DEPOSIT | 4437/MAIL | | 50.00 | | 255.57 |
| 02/01 | D300 | CASH DEPOSIT | 4437/MAIL | | 50.00 | | 305.57 |
| 02/05 | W501 | SHIPPING CHAR | 4539/25577 | | | 6.45 | 299.12 |
| 02/11 | FC03 | DRAW-FAC 3 | 4677CYD2ND | | | 169.00 | 130.12 |
| 03/03 | D300 | CASH DEPOSIT | 5079//MAIL | | 50.00 | | 180.12 |
| 03/17 | FR01 | CANTEEN RETUR | 705370 | | | 3.70- | 183.82 |
| 03/17 | FC03 | DRAW-FAC 3 | 5380/C-2ND | | | 150.00 | 33.82 |
| 04/01 | D300 | CASH DEPOSIT | 5662/MAIL | | 200.00 | | 233.82 |
| 04/14 | FC03 | DRAW-FAC 3 | 5902/C-2ND | | | 180.00 | 53.82 |
| 04/16 | D300 | CASH DEPOSIT | 5934/MAIL | | 50.00 | | 103.82 |
| 05/08 | D300 | CASH DEPOSIT | 6283//MAIL | | 50.00 | | 153.82 |
| 05/12 | FR01 | CANTEEN RETUR | 706338 | | | 2.25- | 156.07 |
| 05/13 | FC03 | DRAW-FAC 3 | 6374CYD2ND | | | 75.00 | 81.07 |
| 06/02 | D300 | CASH DEPOSIT | 6629//MAIL | | 100.00 | | 181.07 |
| 06/10 | D300 | CASH DEPOSIT | 6779/MAIL | | 50.00 | | 231.07 |
| 06/17 | FR01 | CANTEEN RETUR | 706940 | | | 0.59- | 231.66 |
| 06/17 | FC03 | DRAW-FAC 3 | 6954/C2ND | | | 120.00 | 111.66 |
| 06/30 | FR01 | CANTEEN RETUR | 707137 | | | 11.66- | 123.32 |
| 07/14 | FC03 | DRAW-FAC 3 | 0181/C-2ND | | | 75.00 | 48.32 |
| 07/22 | D300 | CASH DEPOSIT | 0304/MAIL | | 50.00 | | 98.32 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 30.52 | 850.00 | 782.20 | 98.32 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 98.32 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: J Royer 7-24-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE