**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

August 22, 2008

General Court Number
415.522.2000

United States District Court
Central District of California
Office of the Clerk
312 North Spring Street
Los Angeles, California 90012

**RE:  John Gzikowski  -v- Debra Dexter, Warden, Case Number C-08-3652-TEH (PR)**

Dear Clerk,

    Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for all the pleadings you may need.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Thelma Nudo
    Deputy Clerk

Enclosures
Copies to counsel of record